<u>CRIMINAL CAUSE FOR SENTENCING</u>        (Time on bench   :25)

Before: Seybert, J.              Date: 9/30/2015 Time: 11:30

<u>DOCKET NUMBER</u>: CR 14-176        <u>TITLE</u>: USA-V-MEDINA

<u>DEFT NAME</u>: FRANCISCO GERMOSEN                <u>DEFT</u>: #2
U.S.M.S. # 85561-053    ___ present in custody   _X_ present on bail
    <u>ATTY. FOR DEFT.</u>: PETER BRILL            _X_ C.J.A.
              _X_ PRESENT      ___ NOT PRESENT   ___ RET

<u>A.U.S.A.</u> ALLEN BODE              <u>DEPUTY CLERK</u>: CHARLES BARAN

<u>INTERPRETER</u>: MAYA GRAY

<u>COURT REPORTER</u>: P. AUERBACH

_X_  Case called for sentence.  Counsel for all sides present.

_X_  Statements of defendant and counsel heard.

___  Defendant objections to the PSR are noted.

___  Rulings re: Guidelines are entered on the record.

_X_  PSR adopted.

___  PSR adopted, as amended.

_X_  Guidelines are adopted.

___  Guidelines adopted, as amended.

_X_  The defendant is sentenced as follows:

_X_  The defendant is sentenced to a period of imprisonment of
     TIME SERVED on Count 1 of the Indictment  , to be followed
     by a period of supervised release of 3 years.

_X_  Special conditions of supervised release:

_X_  The defendant shall not possess a firearm, ammunition, or
     destructive device.

_X_  Other, as more fully set forth in judgment: If deported, the
     defendant shall not reenter the U.S. illegally.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2015 ★
LONG ISLAND OFFICE

\_\_\_ The defendant shall be fined the sum of $            .

_X_ The fine shall be waived due to the defendant's inability to pay such a fine.

_X_ Special assessment of $100 is imposed on each count for a total assessment of    100.00  .

\_\_\_ The defendant's motion for a downward departure of the Guidelines is hereby:

\_\_\_ Decision entered on the record.

_X_ On motion of the AUSA the remaining count of the indictment is hereby dismissed.

_X_ The defendant is advised of his right to appeal or the lack thereof.

The defendant \_\_\_remains in custody.   _X_ remains on bail.
         \_\_\_is remanded.      \_\_\_shall surrender on __/  /2015.